**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jose CARRERA–IBARRA, Defendant—
Appellant.**

No. 07–10477.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Nov. 13, 2008.*

Filed Nov. 21, 2008.

Before: WALLACE, LEAVY, and THOMAS, Circuit Judges.

## MEMORANDUM **

Jose Carrera–Ibarra appeals from the 90–month sentence imposed following his guilty-plea conviction for illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Carrera–Ibarra contends that his sentence is unreasonable because the district court failed to consider his individual circumstances and characteristics, failed to address his request for a departure or his mitigation arguments, and failed to sufficiently explain the basis for his sentence.

The record reflects, however, that the district court listened to Carrera–Ibarra's departure and mitigation arguments, and conducted a thorough and individualized sentencing analysis before imposing a within-Guidelines range sentence. *See United States v. Carty*, 520 F.3d 984, 992 (9th Cir.) (en banc), *cert. denied*, —— U.S. ——, 128 S.Ct. 2491, 171 L.Ed.2d 780 (2008). The district court did not procedurally err, and the sentence is substantively reasonable. *See Gall v. United*

---

*States*, —— U.S. ——, 128 S.Ct. 586, 596–97, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

